**RECEIVED**

FEB 22 2008

**RICHARD W. WIEKING**
**CLERK, U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Jim Bell, 26906-086

US Penitentiary, Tucson

PO Box 24550

Tucson  AZ  85734

November 20, 2007

Chief District Judge Vaughn R. Walker,

Northern District of California

450 Golden Gate Ave., 16th Floor

PO Box 36060

San Francisco CA  94102

cc:     US Courthouse

        280 S. First St., Room 2112

        San Jose CA  95113

cc:     Federal Building and US Courthouse

        1301 Clay St., Suite 400S

        Oakland  CA  94612-5212

CV 08  1097  VRW (PR)

Dear Judge Walker:

   I am enclosing a filing, styled as a habeas corpus for each federal prisoner originating in or held in your district, which will have some side-effects which will require each district judge and magistrate judge in your district to dramatically change his practices.  The filing challenges the general criminal jurisdiction of each federal judge, including magistrates and appeals judges, over every federal criminal case.

   This filing, merely by its arrival in your court, constructively informs your court and each judge that he must raise the subject of this challenge, sua sponte, as a habeas

1 of 2

and/or as a F.R.Civ.P. 60(b)(4) in EACH pending and past criminal case: He must allow each defendant and ex-defendant to research, brief, and argue this matter, and then the judge must come to a decision.

The clerks of your court must ACTUALLY inform each judge (and magistrate) of the subject of this challenge: They must make copies of the enclosed habeas, and deliver them to each judge, and each magistrate, in your district.

Since they have been constructively informed of the jurisdictional problem, failure of any judge to raise and consider this issue, sua sponte, in each pending and past appeals case would amount to an expression of bias and of an intent to violate the law, under 28 U.S.C. 455 and 28 U.S.C. 144. It would amount to "Judicial Misconduct" actionable under 28 U.S.C. 351/352, and will be treated as such.

Please inform each judge, and each magistrate, in your district of this habeas, and promptly tell me of your progress in doing so, and of the actions of each judge in accomplishing these challenges.

Thank you,

*[signature]*

Jim Bell