IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DALTON BELL,<br><br>      Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>      Respondent.<br>_____/ | No. C 08-1097 VRW<br><br>**JUDGMENT IN A CIVIL CASE** |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in pursuant to the court's order dismissing the petition for lack of standing filed March 25, 2008, judgment is entered in favor of respondent.

Dated: March 25, 2008

Richard W. Wieking, Clerk

By: *Cora Klein*
Deputy Clerk